# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

NICHOLAS MEAT, LLC,

      Respondent

      v.

PITTSBURGH LOGISTICS SYSTEMS,
INC., D/B/A PLS LOGISTICS SERVICES,

      Petitioner

:
:
:
:
:
:
:
:
:
:
:
:
:
:

No. 267 WAL 2022


Petition for Allowance of Appeal
from the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.